**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                        **CRIMINAL ACTION NO.: 3:16-CR-28
(GROH)**

**KEITH DERWAN FREEMAN,**

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

Now before the Court is the *pro se* Defendant's Motion for Early Termination of Supervised Release. ECF No. 52. Therein, the Defendant moves the Court to terminate his three-year term of supervised release early. In support, the Defendant avers that he has complied with his terms of supervised release, and that he has paid his court-ordered fine in full. See id. at 13–14.

Upon review and consideration, the Court finds that the Defendant will benefit from continued supervision and declines to terminate his supervised release at this time. Accordingly, the Defendant's Motion for Early Termination of Supervised Release [ECF No. 52] is **DENIED**. The Defendant shall continue his supervised release in accordance with the Judgment of this Court.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record and to mail a copy to the *pro se* Defendant by certified mail, return receipt requested.

**DATED:** September 18, 2020

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE